UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEBORAH TUMLINSON (1),<br><br>Defendant. | Case No.: 14CR2978-JLS<br><br>**ORDER DENYING DEFENDANT'S REQUEST FOR DELAY TO REPORT TO CUSTODY** |

Presently before the Court is Defendant Deborah Tumlinson's Request for Delay to Report to Custody submitted on January 17, 2018. The Government submitted a response in opposition on the same date.[1] Having carefully considered both submissions, including the supporting documents submitted by Defendant, the Court must deny Defendant's request.

On January 27, 2017, Defendant was sentenced to a term of 12 months' and one day imprisonment. At that time, she was granted until March 3, 2017 to self-surrender. That deadline was extended several times to permit Defendant to pursue medical

---

[1] Each of these documents were submitted for filing under seal. Thus, these submissions will appear on the docket after the entry of this Order due to delays associated with docketing paper, as opposed to electronic, documents.

1

treatment, resulting in the current self-surrender date of January 19, 2018, which is nearly one year after the date she was sentenced.

During the time period over which Defendant's self-surrender deadline was extended, the Government submitted the declaration of Bureau of Prisons Dr. James Pelton. ECF No. 176. Dr. Pelton indicated that he had reviewed Defendant's medical records and declared that Bureau of Prisons medical staff is able to meet Defendant's medical needs. As the Government notes, Defendant has again failed to contradict or undermine Dr. Pelton's declaration regarding the adequacy of the Bureau of Prisons facilities to treat her medical conditions. While some of Defendant's conditions may have worsened with the passage of time, the underlying issues are the same as addressed by Dr. Pelton in his declaration. Thus, the Court is persuaded that the Bureau of Prisons can adequately address Defendant's medical needs. Accordingly, Defendant's motion to delay her self-surrender date is **Denied**.

IT IS SO ORDERED.

Dated: January 17, 2018

Hon. Janis L. Sammartino
United States District Judge